# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>(1) ONE BLACK AND GREEN NVIDIA DESKTOP COMPUTER, TAG NUMBER RC942KKN1111101194 AND (2) ONE SAMSUNG GALAXY S8+, CELLULAR PHONE, IMEI NUMBER 357725083613316 | Case No. 21-mc-2140 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Eastern__ District of __Louisiana__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before __December 2, 2021__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Duty Magistrate__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ____.

Date and time issued: __11/18/2021 2:20 p.m.__

__*Judge's signature*__

City and state: __New Orleans, Louisiana__    __Honorable Michael B. North, U.S. Magistrate Judge__
*Printed name and title*

# Return

| Case No.: 21-mc-2140 | Date and time warrant executed: 11/19/2021 8:30 am | Copy of warrant and inventory left with: N/A - see below |
|---|---|---|

Inventory made in the presence of:
N/A - see below

Inventory of the property taken and name of any person(s) seized:

1 forensic disk image for 64gb Samsung Galaxy Hard Drive

1 forensic disk image of 256gb solid state drive from Desktop PC

1 forensic disk image of 1TB hard drive from desktop PC.

*No inventory was made because this warrant authorized the forensic imaging of devices previously seized pursuant to warrant no. 7:21-MJ-23-EBA (E.D. KY). Devices were already in posession of FBI.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/2/2021

Executing officer's signature

Subscribed, sworn to, and returned before me this ___ day of _____, 20__.

_____
U.S. Judge or Magistrate

Printed name and title